**Form fnldec** (Revised 10/07/2009)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 08−11132                Chapter: 7

In re:

Megan Marie Davidson
fka    Megan Marie Morckel
1323 State St
Augusta, KS 67010

SSN: xxx−xx−5437

| **Entered By The Court**<br>**7/14/10** | FINAL DECREE | **Filed By The Court**<br>**7/14/10**<br>**Fred Jamison**<br>**Clerk of Court**<br>**US Bankruptcy Court** |
|---|---|---|

The estate of the debtor(s) has been fully administered. If appropriate, the deposit required by the plan has been distributed.

IT IS ORDERED THAT:

1. Edward J Nazar is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 37

s/ Robert E. Nugent
United States Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 1083-6          User: anna              Page 1 of 1          Date Rcvd: Jul 14, 2010
Case: 08-11132                Form ID: fnldecre       Total Noticed: 2
```

The following entities were noticed by first class mail on Jul 16, 2010.
```
db            +Megan Marie Davidson,   1323 State St,   Augusta, KS 67010-1125
```

The following entities were noticed by electronic transmission on Jul 14, 2010.
```
cr            +E-mail/PDF: rmscedi@recoverycorp.com Jul 15 2010 01:54:55
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, Fl 33131-1605
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2010**          **Signature:** _Joseph Speetjens_